UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAN KASIN MITCHELL, | No. 2:19-cv-01206 WBS GGH P |
| Petitioner, | |
| v. | ORDER |
| J. GASTELO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 24. Petitioner has filed objections to the findings and recommendations. ECF No. 25.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

   Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed March 24, 2020, are adopted in full;

   2. Petitioner's Motion to Stay (ECF No. 21) is denied as moot;

   3. Respondent's motion to dismiss (ECF No. 16) is granted;

   4. The First Amended Petition (ECF No. 6) is dismissed as barred by the AEDPA statute of limitations; and

   5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  May 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE